JAMES J. BANKS (SBN 119525)
STEPHEN E. PAFFRATH (SBN 195932)
BANKS & WATSON
Hall of Justice Building
813 6th Street, Suite 400
Sacramento, CA  95814-2403
(916) 325-1000
(916) 325-1004 (facsimile)

Attorneys for Defendants
DAVE PRATT ENTERPRISES, LLC
and DAVE PRATT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAWN HUBER, | ) | Case No. |
| Plaintiff | ) | |
| | ) | NOTICE OF REMOVAL OF ACTION UNDER |
| v. | ) | 28 U.S.C. § 1441(b) |
| | ) | |
| DAVE PRATT ENTERPRISES, LLC; DAVE | ) | |
| PRATT, individually; and DOES 1-100, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendants DAVE PRATT ENTERPRISES, LLC and DAVE PRATT hereby remove to this Court the state court action described below.

1.    On March 8, 2007, an action was commenced in the Superior Court of the State of California in and for the County of Sacramento, entitled Shawn Huber, Plaintiff vs. Dave Pratt Enterprises, LLC; Dave Pratt, individually; and Does 1-100, inclusive, Defendants.   A copy of the complaint is attached hereto as Exhibit "A".

2.     The first date upon which defendants received a copy of the said complaint was May 8, 2007, when defendants received in the mail a copy of the complaint and summons from the state court. A copy of the summons is attached hereto as Exhibit "B."

3.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to the Court by defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because plaintiff alleges damages in the amount of $622,347.00.

4.     Defendants are informed and believe that plaintiff Shawn Huber was at the time of filing of this action, and still is, a citizen of the State of California.  Defendant David Pratt Enterprises, LLC, was, at the time of the filing of this action, and still is, a limited liability company, organized under the laws of the State of Arizona, with its principal place of business located in the State of Arizona. Defendant David Pratt was, at the time of the filing of this action, and still is a citizen of the State of Arizona, residing in the State of Arizona.

DATED:  June 7, 2007                              BANKS & WATSON


                                                  By:    /s/Stephen E. Paffrath
                                                  STEPHEN E. PAFFRATH,
                                                  Attorneys for Defendants
                                                  DAVE PRATT ENTERPRISES, LLC
                                                  and DAVE PRATT

{00033394.DOC; 1} 1

ANSWER OF ED STIRTZ DBA SIERRA NEVADA ARBORISTS TO SECOND AMENDED COMPLAINT

# EXHIBIT A

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, ~ r number, and address):   **(SBN 241248)**
Marjan Pejuhesh
HACKARD & HOLT
11335 Gold Express Drive, Suite 105
Gold River, CA 95670
TELEPHONE NO.: (916) 853-3000   FAX NO. (Optional): (916) 853-3010
E-MAIL ADDRESS (Optional): mpejuhesh@hackardlaw.com
ATTORNEY FOR (Name): Plaintiff, SHAWN HUBER

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95814
BRANCH NAME: Unlimited Civil

FOR COURT USE ONLY

FILED
ENDORSED

2007 MAR -8 PM 3:45

LEGAL PROCESS #

PLAINTIFF: SHAWN HUBER

DEFENDANT: DAVE PRATT ENTERPRISES, LLC; DAVE PRATT,
        individually; and
[X] DOES 1 TO 100, inclusive

CONTRACT
[X] COMPLAINT        [ ] AMENDED COMPLAINT (Number):

[ ] CROSS-COMPLAINT   [ ] AMENDED CROSS-COMPLAINT (Number):

---

**Jurisdiction** (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded   [ ] does not exceed $10,000
                      [ ] exceeds $10,000 but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER:

07AS01067

---

1.  Plaintiff* (name or names): SHAWN HUBER

    alleges causes of action against defendant* (name or names): DAVE PRATT ENTERPRISES, LLC; DAVE PRATT,
    individually; and DOES 1-100, inclusive

2.  This pleading, including attachments and exhibits, consists of the following number of pages: 9

3.  a.  Each plaintiff named above is a competent adult
        [ ] except plaintiff (name):
            (1) [ ] a corporation qualified to do business in California
            (2) [ ] an unincorporated entity (describe):
            (3) [ ] other (specify):

    b.  [ ] Plaintiff (name):
        a.  [ ] has complied with the fictitious business name laws and is doing business under the fictitious name (specify):

        b.  [ ] has complied with all licensing requirements as a licensed (specify):
    c.  [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4.  a.  Each defendant named above is a natural person
        [X] except defendant (name):             [X] except defendant (name):
            DAVE PRATT ENTERPRISES, LLC              DOES 1-100, inclusive
            (1) [ ] a business organization, form unknown    (1) [ ] a business organization, form unknown
            (2) [X] a corporation                            (2) [ ] a corporation
            (3) [ ] an unincorporated entity (describe):     (3) [ ] an unincorporated entity (describe):

            (4) [ ] a public entity (describe):              (4) [ ] a public entity (describe):

            (5) [ ] other (specify):                         (5) [ ] other (specify):

*If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

Nolo/Dec's
ESSENTIAL FORMS

**COMPLAINT - Contract**

Code of Civil Procedure, § 425.12

Huber, Shawn



EXHIBIT A

PLD-C-001

| SHORT TITLE: | CASE NUMBER: |
| --- | --- |
| Huber v. Dave Pratt Enterprises, LLC, et al. | |

**4.** *(Continued)*
  b.  The true names of defendants sued as Does are unknown to plaintiff.
    (1) [X] Doe defendants *(specify Doe numbers):*   1-100    were the agents or employees of the named
        defendants and acted within the scope of that agency or employment.
    (2) [X] Doe defendants *(specify Doe numbers):*   1-100    are persons whose capacities are unknown to
        plaintiff.
  c.  [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.
  d.  [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

**5.** [ ] Plaintiff is required to comply with a claims statute, and
  a.  [ ] has complied with applicable claims statutes, or
  b.  [ ] is excused from complying because *(specify):*

**6.** [ ] This action is subject to [ ] Civil Code section 1812.10 [ ] Civil Code section 2984.4.

**7.** This court is the proper court because
  a.  [X] a defendant entered into the contract here.
  b.  [ ] a defendant lived here when the contract was entered into.
  c.  [ ] a defendant lives here now.
  d.  [ ] the contract was to be performed here.
  e.  [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.
  f.  [ ] real property that is the subject of this action is located here.
  g.  [ ] other *(specify):*

**8.** The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
  [X] Breach of Contract
  [X] Common Counts
  [X] Other *(specify):*   Fraud, Negligent Misrepresentation, and Conversion.

**9.** [ ] Other allegations:

**10.** Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
  a.  [X] damages of: $   622,347.00
  b.  [X] interest on the damages
    (1) [X] according to proof
    (2) [ ] at the rate of *(specify):*    percent per year from *(date):*
  c.  [X] attorney's fees
    (1) [ ] of: $
    (2) [X] according to proof.
  d.  [X] other *(specify):*   Punitive damages.

**11.** [X] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*
  All

Date: March 5, 2007

MARIAN PETOHESH
(TYPE OR PRINT NAME)

▶ (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

Page 2 of 2

PLD-C-001 [Rev. January 1, 2007]    **COMPLAINT - Contract**

ESSENTIAL FORMS

Huber, Shawn

PLD-C-001(1)

| SHORT TITLE: | NUMBER: |
|---|---|
| Huber v. Dave Pratt Enterprises, LLC., et al. | |

FIRST _____          **CAUSE OF ACTION-Breach of Contract**
          (number)

ATTACHMENT TO [x] Complaint  [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name):*  SHAWN HUBER

    alleges that on or about *(date):*  June 2004
    a [x] written  [ ]  oral  [ ] other *(specify):*
    agreement was made between *(name parties to agreement):*  Plaintiff and Defendants

    [ ] A copy of the agreement is attached as Exhibit A, or
    [ ] The essential terms of the agreement [ ] are stated in Attachment BC-1 [x] are as follows *(specify):*
    Plaintiff, SHAWN HUBER, agreed to act as the operating partner for Buffalo Wild Wings Grill and Bar, a
    restaurant owned by Defendant. Defendant agreed to compensate Plaintiff, upon Plaintiff's completion of
    a six (6) month probationary period, with a five percent (5%) ownership in said restaurant.

BC-2. On or about *(dates):* July 2005
    defendant breached the agreement by  [ ] the acts specified in Attachment BC-2 [x] the following acts
    *(specify):*
    Plaintiff, SHAWN HUBER, has performed all conditions precedent and obligations incident to the contract.
    Although Plaintiff has demanded for payment of monies owing under contract, Defendant has failed and
    refused, and continues to fail and refuse, to make payments to Plaintiff.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or
    excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
    [ ] as stated in Attachment BC-4  [x] as follows *(specify):*
    As a direct and proximate result of Defendants' wrongful conduct in refusing to honor the terms of the
    agreement, Plaintiff has been injured by a sum to be determined at trial. Plaintiff's injury includes loss of
    five percent (5%) ownership of the business since the date of Defendants' breach and those that will be
    generated in the indefinite future.

BC-5. [x] Plaintiff is entitled to attorney fees by an agreement or a statute
        [ ] of $
        [x] according to proof.
BC-6. [ ] Other:

Page 3 _____

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

          **CAUSE OF ACTION-Breach of Contract**

Merrie Drew's
ESSENTIAL FORMS™

Huber, Shawn

| SHORT TITLE: Huber v. Dave Pratt Enterprises, LLC, et al. | CASE NUMBER: |
|---|---|

# CAUSE OF ACTION-Common Counts

__SECOND__ _(number)_

ATTACHMENT TO  [x] Complaint   [ ] Cross-Complaint

_(Use a separate cause of action form for each cause of action.)_

CC-1. Plaintiff _(name):_ SHAWN HUBER

alleges that defendant _(name):_ DAVE PRATT ENTERPRISES, LLC; DAVE PRATT, individually; and DOES 1-100

became indebted to  [x] plaintiff   [ ] other _(name):_

  a.  [ ] within the last four years
    (1) [ ] on an open book account for money due.
    (2) [ ] because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

  b.  [x] within the last  [x] two years   [ ] four years
    (1) [ ] for money had and received by defendant for the use and benefit of plaintiff.
    (2) [x] for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff
      [ ] the sum of $
      [ ] the reasonable value.
    (3) [ ] for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
      [ ] the sum of $
      [ ] the reasonable value.
    (4) [ ] for money lent by plaintiff to defendant at defendant's request.
    (5) [ ] for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
    (6) [x] other _(specify):_
    Plaintiff incorporates paragraphs BC-1 through BC-4, inclusive of the First Cause of Action as is fully set forth herein.  For five percent (5%) ownership in the business.

CC-2. $ 622,347.00 , which is the reasonable value, is due and unpaid despite plaintiff's demand, plus prejudgment interest [x] according to proof  [ ] at the rate of _____ percent per year from _(date):_ on or about July 2005

CC-3. [x] Plaintiff is entitled to attorney fees by an agreement or a statute
    [ ] of $
    [x] according to proof.

CC-4. [ ] Other:

Page 4

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(2) [Rev. January 1, 2007]
CAUSE OF ACTION-Common Counts
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
Huber, Shawn

PLD-C-001(3)

| SHORT TITLE: | NUMBER: |
|---|---|
| Huber v. Dave Pratt Enterprises, LLC, et al. | |

THIRD _____                      **CAUSE OF ACTION-Fraud**
         (number)

ATTACHMENT TO [X] Complaint     ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR-1. Plaintiff *(name):*   SHAWN HUBER

       alleges that defendant *(name):* DAVE PRATT ENTERPRISES, LLC; DAVE PRATT,
                          individually; and DOES 1-100, inclusive
       on or about *(date):*  July 2005                    defrauded plaintiff as follows:

FR-2. [X] **Intentional or Negligent Misrepresentation**
       a. Defendant made representations of material fact ☐ as stated In Attachment FR-2.a [X] as follows:
       Plaintiff incorporates paragraphs BC-1 through BC-6 of the First Cause of Action and paragraphs CC-1
       through CC-4 of the Second Cause of Action as though fully set forth herein.
       Defendants agreed to compensate Plaintiff, upon Plaintiff's completion of a six (6) month probationary
       period, with a five percent (5%) ownership in Defendants' restaurant, Buffalo Wild Wings Grill and Bar.

       b. These representations were in fact false. The truth was ☐ as stated in Attachment FR-2.b [X] as follows:
       Defendants had no intention of performing its obligations under the contract.  Defendants' motivation for
       entering into the agreement with Plaintiff was merely to induce Plaintiff to enter into this agreement to
       thereafter deprive Plaintiff of his right to part ownership of the business. Plaintiff believes that
       Defendants intentionally and negligently misrepresented that they would honor the terms of the
       agreement when, in fact, Defendants had no such intent.  Plaintiff did not know, nor did he have reason
       to know, that Defendants' representations were untrue.  Thus, Plaintiff entered into the contract with
       the full expectation that Defendants would honor their obligations.  But for the false representations
       made by Defendants, Plaintiff would not have entered into the contract.

       c. When defendant made the representations,
         [X] defendant knew they were false, or
         ☐ defendant had no reasonable ground for believing the representations were true.
       d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described in item
       FR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they were
       true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. ☐ **Concealment**
       a. Defendant concealed or suppressed material facts ☐ as stated in Attachment FR-3.a ☐ as follows:

       b. Defendant concealed or suppressed material facts
         ☐ defendant was bound to disclose.
         ☐ by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed or
           suppressed facts.
       c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act as de-
       scribed in item FR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed facts
       and would not have taken the action if plaintiff had known the facts.

                                                                     **Page** 5
                                                                     Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]
Martin Dean's
ESSENTIAL FORMS™

                             **CAUSE OF ACTION-Fraud**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

                                           Huber, Shawn

PLD-C-001(3)

| SHORT TITLE: | _E NUMBER: |
|---|---|
| Huber v. Dave Pratt Enterprises, LLC, et al. | |

THIRD    (number)             **CAUSE OF ACTION-Fraud**

FR-4. [X] **Promise Without Intent to Perform**

     a. Defendant made a promise about a material matter without any intention of performing it    [ ] as stated in Attachment FR-4.a [X] as follows:

         Defendants had no intention of performing its obligations under the contract. Defendants' motivation for entering into the agreement with Plaintiff was merely to induce Plaintiff to enter into this agreement to thereafter deprive Plaintiff of his right to part ownership of the business. Plaintiff believes that Defendants intentionally and negligently misrepresented that they would honor the terms of the agreement when, in fact, Defendants had no such intent. Plaintiff did not know, nor did he have reason to know, that Defendants' representations were untrue. Thus, Plaintiff entered into the contract with the full expectation that Defendants would honor their obligations. But for the false representations made by Defendants, Plaintiff would not have entered into the contract.

     b. Defendant's promise without any intention of performance was made with the intent to defraud and in-duce plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5.   In justifiable reliance upon defendant's conduct, plaintiff was induced to act    [ ] as stated in Attachment FR-5 [X] as follows:

         Plaintiff performed as the operating partner for Buffalo Wild Wings Grill and Bar, a restaurant owned by Defendants, for the agreed six (6) month probationary period.

FR-6   Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged    [ ] as stated in Attachment FR-6 [X] as follows:

         Plaintiff has been injured by a sum to be determined at trial. Plaintiff's injury includes loss of a five percent (5%) ownership of the business since the date of Defendants' breach and those that will be generated in the indefinite future.

FR-7.   Other:

Page 6

PLD-C-001(3) [Rev. January 1, 2007]         **CAUSE OF ACTION-Fraud**

West Group
ESSENTIAL FORMS™

Huber, Shawn

PLD-PI-001(2)

RE NUMBER:

SHORT TITLE:

Huber v. Dave Pratt Enterprises, LLC, et al.

CAUSE OF ACTION- General Negligence     Page 7

FOURTH                                      NEGLIGENT MISREPRESENTATION
(number)

ATTACHMENT TO [X] Complaint    [ ] Cross-Complaint

(Use a separate cause of action form for each cause of action.)

GN-1. Plaintiff (name):  SHAWN HUBER

        alleges that defendant (name): DAVE PRATT ENTERPRISES, LLC; DAVE PRATT,
                                        individually; and

        [X] Does    1    to 100 inclusive.

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on (date):   or about July 2005
at (place):

(description of reasons for liability) :
GN-2. Plaintiff incorporates paragraphs BC-1 through BC-4, inclusive of the First Cause of Action,
paragraphs CC-1 through CC-4, inclusive of the Second Cause of Action, and paragraphs FR-1 through
FR-7, inclusive of the Third Cause of Action as though fully set forth herein.

GN-3. Defendants made the positive assertion that they would provide Plaintiff with five percent (5%)
ownership in the business for consideration, but had no reasonable ground for believing this promise would
be fulfilled.

Code of Civil Procedure § 425.12
www.courtinfo.ca.gov

CAUSE OF ACTION- General Negligence

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]          ESSENTIAL FORMS™

Huber, Shawn

PLD-PI-001(3)

| SHORT TITLE: | E NUMBER: |
| --- | --- |
| Huber v. Dave Pratt Enterprises, LLC, et al. | |

<u>FIFTH</u> _(number)_      **CAUSE OF ACTION- Intentional Tort**      Page <u>8</u>

CONVERSION

ATTACHMENT TO [X] Complaint ☐ Cross-Complaint

_(Use a separate cause of action form for each cause of action.)_

IT-1. Plaintiff _(name)_: SHAWN HUBER

     alleges that defendant _(name)_ : DAVE PRATT ENTERPRISES, LLC; DAVE PRATT, individually

     [X] Does    <u>1</u>    to 100 inclusive

was the ·legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on _(date)_: or about July 2005

at _(place)_:

_(description of reasons for liability)_:

IT-2. Plaintiff incorporates by reference paragraphs BC-1 through BC-4 inclusive of the First Cause of Action, paragraphs CC-1 through CC-4 inclusive of the Second Cause of Action, paragraphs FR-1 through FR-7 inclusive of the Third Cause of Action, and paragraphs GN-1 through GN-3 of the Fourth Cause of Action as though fully set forth herein.

IT-3. Through Defendants' unjustified refusal to provide Plaintiff with the agreed upon five percent (5%) ownership interest, Defendants have willfully interfered with personal property belonging to Plaintiff. Accordingly, Plaintiff has been injured as he has been deprived of property belonging to him.

Page 1 of 1

**CAUSE OF ACTION - Intentional Tort**

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]
Martin Dean's
ESSENTIAL FORMS™
Code of Civil Procedure § 425.12
www.courtinfo.ca.gov

Huber, Shawn

PLD-PI-001(6)

| SHORT TITLE:<br>Huber v. Dave Pratt Enterprises, LLC, et al. | CASE NUMBER: |
|---|---|

## Exemplary Damages Attachment        Page 9

ATTACHMENT TO  ☒ Complaint    ☐ Cross-Complaint

EX-1.  As additional damages against defendant *(name)*:
DAVE PRATT ENTERPRISES, LLC; DAVE PRATT, individually; and DOES 1-100, inclusive

Plaintiff alleges defendant was guilty of
☒ malice
☒ fraud
☒ oppression
as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages
to make an example of and to punish defendant.

EX-2.  The facts supporting plaintiff's claim are as follows:
Plaintiff incorporates by reference paragraphs BC-1 through BC-4 inclusive of the First Cause of
Action, paragraphs CC-1 through CC-4 inclusive of the Second Cause of Action, paragraphs FR-1
through FR-7 inclusive of the Third Cause of Action, paragraphs GN-1 through GN-3 of the Fourth
Cause of Action, and paragraphs IT-1 through IT-3 of the Fifth Cause of Action as though fully set forth
herein.

EX-3.  The amount of exemplary damages sought is
a. ☒ not shown, pursuant to Code of Civil Procedure section 425.10.
b. ☐ $

Page 1 of 1

Exemplary Damages Attachment

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Huber, Shawn

CIV-050

**- DO NOT FILE WITH THE COURT -**
**- UNLESS YOU ARE APPLYING . . . A DEFAULT JUDGMENT UNDER CODE OF . . . IL PROCEDURE § 585 -**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
Marjan Pejuhesh
(SBN 241248)
HACKARD & HOLT
11335 Gold Express Drive, Suite 105
Gold River, CA 95670

TELEPHONE NO.:
(916) 853-3000
(916) 853-3010

FOR COURT USE ONLY

ATTORNEY FOR (Name): Plaintiff, SHAWN HUBER

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SACRAMENTO
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95814
BRANCH NAME: Unlimited Civil

PLAINTIFF: SHAWN HUBER
DEFENDANT: DAVE PRATT ENTERPRISES, LLC; DAVE PRATT,

STATEMENT OF DAMAGES
(Personal Injury or Wrongful Death)

CASE NUMBER:
07AS01067

To (name of one defendant only): DAVE PRATT ENTERPRISES, LLC
Plaintiff (name of one plaintiff only): SHAWN HUBER
seeks damages in the above-entitled action, as follows:

| | AMOUNT |
|---|---|
| 1. **General damages** | |
| a. ☐ Pain, suffering, and inconvenience | $ |
| b. ☐ Emotional distress | $ |
| c. ☐ Loss of consortium | $ |
| d. ☐ Loss of society and companionship (wrongful death actions only) | $ |
| e. ☐ Other (specify) | $ |
| f. ☐ Other (specify) | $ |
| g. ☐ Continued on Attachment 1.g. | |
| 2. **Special damages** | |
| a. ☐ Medical expenses (to date) | $ |
| b. ☐ Future medical expenses (present value) | $ |
| c. ☐ Loss of earnings (to date) | $ |
| d. ☐ Loss of future earning capacity (present value) | $ |
| e. ☐ Property damage | $ |
| f. ☐ Funeral expenses (wrongful death actions only) | $ |
| g. ☐ Future contributions (present value) (wrongful death actions only) | $ |
| h. ☐ Value of personal service, advice, or training (wrongful death actions only) | $ |
| i. ☒ Other (specify) loss of five percent (5%) ownership in business | $ 622,347.00 |
| j. ☐ Other (specify) | $ |
| k. ☐ Continued on Attachment 2.k. | |

3. ☒ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify)  $ to be determined at trial
when pursuing a judgment in the suit filed against you.

Date: March 8, 2007

MARJAN PEJUHESH
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]
Martin Dean's
ESSENTIAL FORMS

STATEMENT OF DAMAGES
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

Huber, Shawn

**EXHIBIT B**

SUM-100

**SU...IONS**
*(CITACION JUDICIAL)*



**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
ENDORSED
2007 MAR -8 PM 3:45
LEGAL PROCESS #2

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO)* :
DAVE PRATT ENTERPRISES, LLC; DAVE PRATT, individually; and DOES
1-100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE)* :
SHAWN HUBER

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: | CASE NUMBER: |
|---|---|
| *(El nombre y dirección de la corte es)* | *(Número del Caso):* 07AS01007 |

Sacramento County Superior Court of California
Unlimited Civil
720 Ninth Street                                          Sacramento, CA 95814

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Marjan Pejuhesh (SBN 241248)                   HACKARD & HOLT
11335 Gold Express Drive, Suite 105            Gold River, CA 95670
(916) 853-3000

| DATE: MAR -8 2007 | Clerk, by | , Deputy |
|---|---|---|
| *(Fecha)* | *(Secretario)* | *(Adjunto)* |

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)* :

3. ☐ on behalf of *(specify)* :
    under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
           ☐ other *(specify)* :
4. ☐ by personal delivery on *(date)* :

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]
Martin Dean's Essential Forms ™

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

EXHIBIT *B*          Huber, Shawn

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| — Marjan Pejuhesh (SBN 241248)<br>HACKARD & HOLT<br>11335 Gold Express Drive, Suite 105<br>Gold River, CA 95670<br>TELEPHONE NO.: (916) 853-3000  FAX NO.: (916) 853-3010<br>ATTORNEY FOR (Name): Plaintiff, SHAWN HUBER | FILED<br>ENDORSED<br>2007 MAR -8  PM 3:48<br>LEGAL PROCESS |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SACRAMENTO
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95814
BRANCH NAME: Unlimited Civil

CASE NAME:  Huber v. Dave Pratt Enterprises, LLC, et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | 07AS01067 |
| | | | | JUDGE: |
| | | | | DEPT: |

*Items 1-5 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [X] Breach of contract/warranty (06)
- [ ] Collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition (not specified above) (43)

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Type of remedies sought (check all that apply):
   a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [X] punitive
4. Number of causes of action (specify):  FIVE
5. This case [ ] is  [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: March 8, 2007

MARJAN PEJUHESH
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. January 1, 2007]<br>Martin Dean's ESSENTIAL FORMS | CIVIL CASE COVER SHEET | Cal. Rules of Court, rules 3.220, 3.400-3.403;<br>Standards of Judicial Administration, § 19<br>www.courtinfo.ca.gov |
|---|---|---|

Huber, Shawn

1    **BANKS & WATSON**
     **CASE NAME:**       **Shawn Huber v.** Dave Pratt Enterprises, LLC; Dave Pratt
2    **COURT:**           **Sacramento County Superior Court**
     **CASE NO:**         **07AS01067**
3                                                 <u>**PROOF OF SERVICE**</u>

4    STATE OF CALIFORNIA              )
                                      ) ss.
5    COUNTY OF SACRAMENTO             )

6           I, Janice Warner, declare:

7           I am employed in Sacramento County; I am over the age of eighteen years and not a party to the
8    within action; my business address is 813 Sixth Street, Suite 400, Sacramento, California, 95814.

9           On June 7, 2007, I served the within copy of:

10          **NOTICE OF REMOVAL**

11   on the interested parties in said action addressed as follows:

12          Marjan Pejuhesh
            HACKARD & HOLT
13          11335 Gold Express Drive, Suite 105
            Gold River, CA  95670

14          Attorney for Plaintiffs

15
16   (✓)    **BY MAIL** – by placing a true copy thereof enclosed in an envelope addressed as set forth above.
            I am readily familiar with this office's practice whereby the mail is sealed, given the appropriate
17          postage and placed in a designated mail collection area.  Each day's mail is collected and
            deposited in a United States mailbox after the close of each day's business.

18   ( )    **BY OVERNIGHT DELIVERY** – by placing a true copy thereof enclosed in a sealed envelope,
19          with delivery fees paid or provided for, in a designated area for outgoing overnight mail,
            addressed as set forth above.  In the ordinary course of business mail placed in that designated
20          area is picked up that same day for delivery in the following business day.

21          I declare under penalty of perjury under the laws of the State of California that the foregoing was
     executed on June 7 2007, at Sacramento, California.

22

23                                               /s/Janice Warner
                                                 Janice Warner
24

25

26

27

28

{00033394.DOC; 1}

ANSWER OF ED STIRTZ DBA SIERRA NEVADA ARBORISTS TO SECOND AMENDED COMPLAINT